IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH CHOI, <br><br> Defendant. | No. C 04-03428 CRB <br><br> **ORDER GRANTING MOTION TO ENTER DEFAULT JUDGMENT** |

    Now before the Court is plaintiff's motion for default judgment. The complaint in this action alleges that defendant purchased a "Vector Fusion Unlooper/Multipurpose Device," and a "Vector Smart Card Emulator." For the reasons stated by this Court in its Memorandum and Order Granting Motion to Enter Default Judgment in <u>DirecTV, Inc. v. Huynh</u>, No. 04-3496 CRB (N.D. Cal. May 31, 2005), the Court finds these allegations--particularly the claim that defendant purchased an "Unlooper"--sufficient to support entry of default judgment and an award of damages in the amount of $10,000. The Court also awards attorneys' fees in the amount of $2,000.

/ / /

/ / /

/ / /

/ / /

Therefore, default judgment is hereby entered in favor of plaintiff and against defendant. Defendant is ORDERED to pay plaintiff $12,000.

**IT IS SO ORDERED.**

Dated: May 31, 2005

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE